# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW EDWARD COTNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00018-LCB-NAD |
| | ) |
| DR. THAD JAMES, JR., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Matthew Edward Cotner initiated this action by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On April 17, 2023, Plaintiff Cotner paid an initial partial filing fee of $67.33. *See* Doc. 10. However, Cotner must pay the entire $350.00 filing fee over time. Therefore, pursuant to 28 U.S.C. § 1915(b)(1) and (2), and consistent with Cotner's signed Prisoner Consent Form (Doc. 16) (copy attached), the warden or chief jailer of Cotner's housing facility is **DIRECTED** to deduct and withhold from any deposits into any of Cotner's accounts at the facility a sum equivalent to 20% of the total deposits each month after the first $10.00. (That is, the first $10.00 deposited into Cotner's account each month shall go to Cotner, but the facility must deduct and withhold 20% of the monthly deposits after the first $10.00.)

By the tenth day of each month, the warden or chief jailer shall pay over to

the Clerk of Court all sums withheld during the previous month. The warden or chief jailer shall continue to withhold and deduct from Cotner's accounts until a total of $282.67 has been withheld and paid to the Clerk of Court to satisfy the remaining balance on Cotner's $350.00 filing fee after he paid an initial partial filing fee of $67.33.[1]

The warden or chief jailer shall clearly identify the full name of the plaintiff and the case number assigned to the action when making payments. Checks should be made payable to "**Clerk, U. S. District Court**," and should be sent to the **Office of the Clerk, 1729 Fifth Avenue North, Birmingham, Alabama 35203**.

If Cotner is transferred to another prison or custodial agency, the warden, jailer, or financial officer at that institution will assume the duty of collecting and withholding funds until the full $350.00 filing fee has been paid. A dismissal or termination of this action does not affect Cotner's obligation to pay the filing fee or the warden's or chief jailer's obligation to deduct and withhold Cotner's funds. This order remains in full force and effect until the full $350.00 filing fee has been paid.

The Clerk is **DIRECTED** to serve a copy of this order on Cotner.

The Clerk is **DIRECTED** to serve a copy of this order and a copy of Cotner's signed Prisoner Consent Form (Doc. 16), on the warden or chief jailer of Cotner's

---

[1] Because of Cotner's *in forma pauperis* status, he has not been assessed the $52.00 administrative fee for filing a civil action. *See* Doc. 10.

2

housing facility and on the Departmental Fiscal Manager for the Alabama Department of Corrections.

**DONE** and **ORDERED** this April 18, 2023.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE